Entered on Docket October 18, 2019

**Below is the Order of the Court.**

_Mary Jo Heston_
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

**Re:**

**Richard Handsaker
Sandra Vandraiss
　　　　Debtor(s)**

**In Chapter 13 Proceeding**

**No. 11-41388-MJH**

**ORDER REOPENING CASE
AVOIDING JUDGMENT LIEN
AND RECLOSING CASE**

It is ORDERED that the case be reopened and that the judgment lien of the following creditor be and hereby declared null and void with respect to the property commonly known as **3131 403rd St E Eatonville, WA 98328**:

(A) Chase Bank USA, NA vs. Richard Handsaker and Doe I, and their marital community composed thereof, Pierce County Superior Court, State of Washington, Case No. 10-2-14751-4, filed November 5, 2010 Judgment No. 11-9-01180-2 entered January 28, 2011, in the amount of $19,295.01.

The debtors have received their discharge in this case and the case may be reclosed in 20 days from the date of this order.

/// end of order ///

Presented by:
/s/Ellen Ann Brown
ELLEN ANN BROWN WSBA #27992
Attorneys for Debtor(s)